# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO. 6:21-CV-00121-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE TO CHANGE DEADLINES

Plaintiff Gesture Technology Partners, LLC ("GTP") and Defendant Apple Inc. ("Apple") have met and conferred regarding the modification of the deadlines (1) for the close of venue discovery, from November 1, 2021, to November 15, 2021; (2) for GTP to respond to Apple's Motion to Transfer, from November 15, 2021, to December 1, 2021; and (3) for Apple to file its reply in support of its Motion to Transfer, from December 6, 2021, to December 20, 2021. The Parties do not seek these modifications for the purpose of delay.

Dated: November 2, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Fred I. Williams*
　　　　　　　　　　　　　　　　　　　　Fred I. Williams
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00794855
　　　　　　　　　　　　　　　　　　　　Michael Simons
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24008042
　　　　　　　　　　　　　　　　　　　　WILLIAMS SIMONS & LANDIS PLLC
　　　　　　　　　　　　　　　　　　　　327 Congress Ave., Suite 490
　　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　　Tel: 512-543-1354
　　　　　　　　　　　　　　　　　　　　fwilliams@wsltrial.com
　　　　　　　　　　　　　　　　　　　　msimons@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff*
*Gesture Technology Partners, LLC*

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701
Phone: (512) 457-7000
john.guaragna@us.dlapiper.com

Sean Cunningham (*pro hac vice*)
Catherine Huang (*pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701
sean.cunningham@us.dlapiper.com
catherine.huang@us.dlapiper.com

Michael D. Jay (*pro hac vice*)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Tel: 310.595.3000
Fax: 310.595.3300

michael.jay@us.dlapiper.com

Christopher Deck (*pro hac vice*)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: 617.406.6000
Fax: 617.406.6100

*Attorneys for Defendant*
*Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 2, 2021 the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant and counsel for Gesture Technology Partners, LLC met and conferred, and all parties agree to filing the foregoing document as a joint notice.

*/s/ Fred I. Williams*
Fred I. Williams