# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>    Plaintiff<br>v.<br><br>APPLE INC.<br><br>    Defendant. | **JURY TRIAL DEMANDED**<br><br>C.A. NO. 6:21-cv-00121-ADA |
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>    Plaintiff<br>v.<br><br>LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY LLC,<br><br>    Defendants. | **JURY TRIAL DEMANDED**<br><br>C.A. NO. 6:21-cv-00122-ADA |

## JOINT NOTICE TO CHANGE DEADLINES

Plaintiff Gesture Technology Partners, LLC ("GTP") and Defendants Apple Inc., Lenovo Group Ltd., Lenovo (United States) Inc., and Motorola Mobility LLC (collectively, "Defendants") have met and conferred regarding the modification of the following deadlines:

- For the Parties to disclose extrinsic evidence, including the identity of any expert witness they may rely upon in their opening brief with respect to claim construction or indefiniteness. With respect to any expert identified, the Parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the Parties shall identify each such item by production number or produce a copy of any such item if not previously produced, from November 5, 2021, to November 12, 2021;

1

- For the Parties to meet and confer to narrow, from November 12, 2021, to November 19, 2021;

- For GTP to file opening its opening claim construction brief, from November 23, 2021, to November 30, 2021;

- For Defendants to file their responsive claim construction brief, from December 17, 2021, to December 21, 2021;

- For GTP to file its reply claim construction brief, from January 7, 2022, to January 12, 2022; and

- For Defendants to file their sur-reply claim construction brief, from January 21, 2022, to January 26, 2022.

The Parties do not seek these modifications for the purpose of delay.

Dated: November 5, 2021                    Respectfully submitted,

By: /s/ Fred I. Williams
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Ave., Suite 600
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff*
*Gesture Technology Partners, LLC*

/s/ John M. Guaragna
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701
Phone: (512) 457-7000
john.guaragna@us.dlapiper.com

Sean Cunningham (*pro hac vice)*
Catherine Huang (*pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701
sean.cunningham@us.dlapiper.com
catherine.huang@us.dlapiper.com

Michael D. Jay (*pro hac vice*)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Tel: 310.595.3000
Fax: 310.595.3300
michael.jay@us.dlapiper.com

Christopher Deck (*pro hac vice*)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: 617.406.6000
Fax: 617.406.6100

*Attorneys for Defendants*
*Apple Inc., Lenovo Group Ltd., Lenovo (United States) Inc., and Motorola Mobility LLC.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 5, 2021 the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants and counsel for Gesture Technology Partners, LLC met and conferred, and all parties agree to filing the foregoing document as a joint notice.

*/s/ Fred I. Williams*
Fred I. Williams