IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>        Defendant. | Case No. 6:21-cv-00121-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING APPLE INC.'S MOTION TO STAY PENDING RESOLUTION OF *INTER PARTES* REVIEW OF THE ASSERTED PATENTS**

Came on for consideration Apple Inc.'s Motion to Stay Pending Resolution of *Inter Partes* Review of the Asserted Patents. The Court having considered the Motion, the authorities cited therein and any response thereto, finds that the Motion should be GRANTED.

It is therefore ORDERED that all case activity is stayed until the U.S. Patent Trial and Appeal Board issues its Final Written Decisions on the validity of the asserted patents.

IT IS SO ORDERED.

ENTERED this _____ day of _____, 202_.

_____
THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE