UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>      Defendant. | Case No. 6:21-cv-00121-ADA<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF MICHAEL JAY IN SUPPORT OF DEFENDANT APPLE INC.'S REPLY IN SUPPORT OF OPPOSED MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

I, Michael Jay, hereby declare and state as follows:

1. I am a partner with the law firm of DLA Piper LLP (US), counsel of record for Defendant Apple Inc. ("Apple") in this case. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to these facts under oath.

2. Attached as **Exhibit A** is a true and correct copy of an excerpt from the transcript of the Videoconference Deposition of Mark S. Rollins, as 30(b)(6) Designee of Apple Inc., which took place on November 12, 2021.

3. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 17, 2021, in Los Angeles, California.

                                                  */s/ Michael Jay*
                                                Michael Jay