# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Case No. 6:21-cv-00121-ADA <br><br> **JURY TRIAL DEMANDED** |
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY LLC, <br><br> Defendants. | Civil Case No. 6:21-cv-00122-ADA <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF CATHERINE HUANG IN SUPPORT OF
DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Catherine Huang, hereby declare and state as follows:

1. I am an associate with the law firm of DLA Piper LLP (US), counsel of record for Defendants Apple Inc., Lenovo (United States) Inc., and Motorola Mobility LLC (collectively "Defendants") in this case. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to these facts under oath.

2. Attached as **Exhibit 1** is a true and correct copy of a Pre-Appeal Brief Request for Review from the file history of Application No. 10/893,534, dated April 24, 2008.

1

3. Attached as **Exhibit 2** is a true and correct copy of an Office Action from the file history of Application No. 10/893,534, dated January 8, 2008.

4. Attached as **Exhibit 3** is a true and correct copy of the applicant's remarks in response to a May 29, 2007 Office Action from the file history of Application No. 10/893,534, dated October 29, 2007.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 21, 2021, in San Diego, California.

*/s/ Catherine Huang*
Catherine Huang