IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-00121-ADA <br><br> **JURY TRIAL DEMANDED** |

**ORDER DENYING APPLE INC.'S MOTION TO STAY PENDING RESOLUTION OF *INTER PARTES* REVIEW OF THE ASSERTED PATENTS**

Before the Court is Defendant Apple Inc.'s Motion to Stay Pending Resolution of *Inter Partes* Review of the Asserted Patents. After due consideration, the Court finds that the Motion should be DENIED.

SIGNED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT COURT
Judge Alan D. Albright